**FILED**
**JANUARY 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

2101 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE KANCEWICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **08 C 229** |
| | ) |
| STANFORD HOWARD and | ) |
| ARTHUR WELLS, INC., | ) **JUDGE GRADY** |
| | ) **MAGISTRATE JUDGE VALDEZ** |
| Defendants. | ) |

## NOTICE OF REMOVAL

Now comes Defendant, ARTHUR WELLS, INC., by its attorneys, HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC, pursuant to 28 U.S.C. Section 1441, *et seq.*, and hereby removes this action from the Circuit Court of Cook County to the United States District Court, Northern District of Illinois, Eastern Division. In support of its *Notice of Removal*, Defendant states as follows:

1. On October 17, 2007, Plaintiff, CHRISTINE KANCEWICK, filed a Complaint at Law in the Circuit Court of the Cook County, Illinois, Docket Number 2007-M5-002081. A copy of said Complaint is attached hereto and incorporated herein as "Exhibit A." Plaintiff's Complaint states her damages do not exceed $50,000. See Exhibit A, page 2. Plaintiff's Complaint did not include an affidavit indicating that her damages do not exceed $50,000 as required by Illinois Supreme Court Rule 222(b).

2. Defendant ARTHUR WELLS, INC., through counsel, waived service of the Summons and a copy of the Complaint on December 11, 2007.

3. Upon receipt of said complaint, attorney Allison V. Smith, as counsel for ARTHUR WELLS, INC., contacted Plaintiff's counsel seeking clarification of the amount in controversy in the matter and requesting that Plaintiff comply with Illinois Supreme Court Rule 222(b). Plaintiff's counsel stated that his client's damages were not in excess of $50,000, and also stated that he would provide the affidavit required by Illinois Supreme Court Rule 222(b). In response, and on December 12, 2007, plaintiff's counsel executed an affidavit indicating that Plaintiff <u>will</u> be seeking money damages in excess of $50,000. See Exhibit "B", Affidavit of Plaintiff's Counsel.

4. In this case, the accident giving rise to the suit took place on October 19, 2005 on I-55 at or near Milepost 29 in Hamel, Madison County, State of Illinois. See Illinois Traffic Crash Report, attached hereto and incorporated herein as Exhibit "C."

5. The Plaintiff is a citizen of and domiciled within the state of Illinois, according to information contained within the police report and based on an independent locate report. See, Exhibits "C" and "D," which is the Affidavit of investigator Corey Fertel.

6. The Defendant is a citizen of the State of Missouri. Defendant ARTHUR WELLS, INC. is incorporated in Missouri, has its principal place of business in Missouri, and owns no property in the State of Illinois. See affidavit of corporate representative Jamie Turnipseed, attached hereto and incorporated herein as Exhibit "E".

7. Other than diversity of the parties, all that is required for removal jurisdiction to be satisfied is a "reasonable probability" that more than $75,000.00 is in controversy. *Shaw v. Dow Brands*, 994 F.3d 364, 366 n.2 (7th Cir. 1993). The nature of the harm alleged in the complaint usually makes it simple for a judge to determine whether it is more likely true than not proven that the amount in controversy exceeds the jurisdictional requirements. *See, e.g., McCoy*

*v. General Motors, Corp.*, 226 F. Supp. 2d 939, 941-42 (N.D. Ill. 2002) (amount in controversy is generally "obvious from a common-sense reading of the complaint"). Here, the plaintiff appears to claim to have been seriously injured in a vehicular accident and the attached Affidavit indicates that the amount in controversy exceeds $50,000.00.

8. Plaintiff's counsel will be served with written notice of this Notice of Removal in accordance with the Federal Rules of Civil Procedure. A true and accurate copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of Cook County, advising the Circuit Court that the matter has been removed to the Northern District of Illinois, Eastern Division. A true and accurate copy of this Notice of Removal has been filed with the Clerk of the Circuit Court for the United States District Court, Northern District of Illinois, Eastern Division. Defendants have timely filed this Notice of Removal within thirty (30) days of the date of service.

WHEREFORE, Defendant, ARTHUR WELLS, INC., by and through its attorneys, Haynes, Studnicka, Kahan, O'Neill & Miller, LLC, pursuant to 28 U.S.C. §1441 *et seq.* hereby removes this action from the Circuit Court of Cook County to this Court for further proceedings.

DEFENDANT DEMANDS TRIAL BY JURY.

    Respectfully Submitted,

    HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC


    /s/ Shimon B. Kahan
    Shimon B. Kahan - ARDC No. 6207172
    HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
    Attorney for Defendant
    200 W. Adams St., Ste. 500
    Chicago, IL 60606-5215
    Tel: (312) 332-6644
    skahan@hskolaw.com

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIFTH DISTRICT

| | |
|---|---|
| CHRISTINE KANCEWICK, | ) |
| Plaintiff, | ) |
| v. | ) No. 07 ... |
| ARTHUR WELLS, INC. and STANFORD HOWARD, | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff Christine Kancewick, by her attorney, John T. Benz, states her claim against defendants Arthur Wells, Inc. and Stanford Howard as follows:

(NEGLIGENCE)

1. On or about October 19, 2005, plaintiff Christine Kancewick was operating a motor vehicle southbound on I-55 near MP 29 at or near Hamel, Illinois.

2. On or about October 19, 2005, defendant Stanford Howard was operating a motor vehicle southbound on I-55 near MP 29 at or near Hamel, Illinois. At that time, defendant Stanford Howard was acting as an employee and/or agent of defendant Arthur Wells, Inc.

3. As plaintiff Christine Kancewick drove southbound on I-55, her motor vehicle was struck by the motor vehicle operated by defendant Stanford Howard.

4. At all relevant times, defendants Arthur Wells, Inc. and Stanford Howard owed members of the general public, including Christine Kancewick, a duty to operate


EXHIBIT A

their motor vehicle in a safe and reasonable manner.

5. In violation of that duty, defendants Arthur Wells, Inc. and Stanford Howard were careless and negligent in one or more of the following respects:

    a) failed to yield the right of way;

    b) failed to keep a proper lookout;

    c) failed to reduce speed to avoid an accident;

    d) improperly changed lanes;

    e) operated vehicle in an unsafe manner;

    f) were otherwise careless and negligent.

6. As a direct and proximate result of the defendants' negligent acts and omissions, plaintiff Christine Kancewick has suffered severe and permanent injuries of a personal and pecuniary nature.

WHEREFORE, plaintiff Christine Kancewick requests the Court to enter judgment in her favor and against defendants Arthur Wells, Inc. and Stanford Howard in an amount not to exceed $50,000.00 and for such other relief as the court deems just and proper.

By: _____
    One of the Attorneys for Plaintiff

JOHN T. BENZ
LAW OFFICES OF JOHN T. BENZ
16061 SOUTH 94TH AVENUE
ORLAND HILLS, ILLINOIS 60487
(708) 403-8800
FAX: (708) 403-8193
ATTORNEY NO.: 36264

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIFTH DISTRICT

| | |
|---|---|
| CHRISTINE KANCEWICK, ) | |
| Plaintiff, ) | |
| v. ) | No. 07 M5 2081 |
| ARTHUR WELLS, INC. and ) STANFORD HOWARD, ) | |
| Defendants. ) | |

**08 C 229**

**JUDGE GRADY**
**MAGISTRATE JUDGE VALDEZ**

### AFFIDAVIT

1. My name is John T. Benz and I am the attorney representing Christine Kancewick in this case.

2. Based upon my review of this matter to date, it is my belief that the total money damages sought for the plaintiffs' injuries in this case exceed $50,000.

### 1-109 CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure the undersigned certifies that the above statements are true and correct.

By: _____
John T. Benz

LAW OFFICES OF JOHN T. BENZ
LAW AND PROFESSIONAL CENTER
16061 SOUTH 94TH AVENUE
ORLAND HILLS, IL 60487
(708)403-8800
ATTORNEY NO.: 36264



EXHIBIT B

# ILLINOIS TRAFFIC CRASH REPORT

SHEET 1 OF 1   ISP-5431-20051019-19154G

| DRAC | PEDV | TRFD | TRFC | WEAT | DRVA | DRVA | VIS | VIS | VEHD | VEHD | LGHT | COLL | MANV | MANV | PPA | PPA | PPL | PPL | | | TRFW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 12 | 4 | 1 | 8 | 1 | 1 | 1 | 1 | 1 | 4 | 12 | 13 | 1 | 1 | 1 | 1 | 1 | | | 2 |

INVESTIGATING AGENCY: ILLINOIS STATE POLICE
ADDRESS NO.   *0791891*

HIGHWAY OR STREET NAME: Interstate 55 SB
TYPE OF REPORT: 1 On-scene
AGENCY CRASH REPORT NO: 11-05-02890
DATE OF CRASH: 10/19/2005
TIME OF CRASH: 06:30 PM

DISTANCE: 0.28  UNIT: Miles  DIRECTION: North
NAME OF INTERSECTION OR ROAD FEATURE: MP 29 INTERSTATE 55
TYPE OF CRASH: C No Injury/Tow
INTERSECTION RELATED: N  PRIVATE PROPERTY: N  HIT & RUN: N
NO. VEHICLES: 2   Any veh / prop Damage over 500: Y

**VEH U1**
DRIVER: Driver
NAME (LAST, FIRST, MI): HOWARD, STANFORD C
DATE OF BIRTH: 09/28/1968
SEX: M  SAFT: 2  AIR: 9  INJURY: O  EJECT: 1
MAKE: PETERBILT  MODEL: M 377  YEAR: 2000
PLATE NO: 44106  STATE: MO  YEAR: 2005
VIN: 1XPCDU9X5YD518925
STREET ADDRESS: 9866 NOLTE
VEHICLE OWNER (LAST, FIRST, MI): ARTHUR, WELLS, INC.
CITY: SAINT LOUIS  STATE: MO  ZIP: 63136
OWNER ADDRESS: 7140 N BROADWAY SAINT LOUIS, MO, 63147
LICENSE NO: R208116002  STATE: MO  CLASS: A
DAMAGED AREA(S): NONE / UNDER CARRIAGE / TOTAL / OTHER / UNKNOWN
POINT OF 1ST CONTACT: 6
INSURANCE CO: Great West Casualty Company
TELEPHONE: (314) 868-8392
POLICY NO: GWP05097D
TELEPHONE: (314) 868-8392
TAKEN TO:   EMS AGENCY:

VEHU: 1  # LANES: 4  ALGN: 1  RSUR: 1  VEHU: 20
TOWED: N  FIRE: N  HAZMAT SPILL: N  COMVEH: Y
LARS CODE:

**VEH U2**
DRIVER: Driver
NAME (LAST, FIRST, MI): KANCEWICK, CHRISTINE MARIE
DATE OF BIRTH: 06/26/1956
SEX: F  SAFT: 2  AIR: 9  INJURY: O  EJECT: 1
MAKE: SATURN  MODEL: SL  YEAR: 1996
PLATE NO: RIB136  STATE: IL  YEAR: 2005
VIN: 1G8ZK5270TZ346455
STREET ADDRESS: 19W725 13TH PLACE
VEHICLE OWNER (LAST, FIRST, MI): KANCEWICK, CHRISTINE, MARIE
CITY: LOMBARD  STATE: IL  ZIP: 60148
OWNER ADDRESS: 19W725 13TH PL LOMBARD, IL, 60148
LICENSE NO: K522-1005-6781  STATE: IL  CLASS: D*
DAMAGED AREA(S): NONE / UNDER CARRIAGE / TOTAL / OTHER / UNKNOWN
POINT OF 1ST CONTACT: 3
INSURANCE CO: United Services Automobile Association
TELEPHONE: (630) 953-0864
POLICY NO: 002063135U
TELEPHONE: (630) 953-0864
TAKEN TO:   EMS AGENCY:   HOSP:   EMS:

VEHU: 2  RDEF: 1  BAC: 96  BAC: 96
TOWED: Y  FIRE: N  HAZMAT SPILL: N  COMVEH: N
LARS CODE:

PASSENGERS & WITNESSES ONLY (NAME, ADDR, TEL)

DAMAGED PROPERTY
DAMAGE PROPERTY OWNER NAME
PROPERTY OWNER ADDRESS (STREET, CITY, STATE, ZIP)

ARREST NAME: HOWARD, STANFORD, C
SECTION: Imp lane usage/laned roadway
CITATION NO: 3543757

ARREST NAME:
SECTION:
CITATION NO:

CONTRIBUTORY CAUSE (primary): 20 Improper lane usage
CONTRIBUTORY CAUSE (secondary): 15 Driving skills/knowledge/experience
DATE NOTIFIED: 10/19/2005  TIME NOTIFIED: 06:33 PM
COURT DATE: /2005  COURT TIME: 02:30 PM

OFFICER ID: 5431  BEAT/DIST: 11  SUPERVISOR ID:

| EVNO | UNIT | SEAT | DOB | SEX | SAFT | AIR | INJ | EJCT | LOC | MOST | EVNT | DRP | U1 | DRP | U2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | X | | | 1 | 1 | | | 11 | | 5 | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 1 | | | | X | | | 1 | 1 | | | 11 | | | | 5 |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |

EXHIBIT C

ISP-5431-20051019-191546

DIAGRAM

**NO DIAGRAM**

| COMMERCIAL VEHICLE | | Unit 1 | | |
|---|---|---|---|---|
| CARRIER NAME<br>ARTHUR WELLS INC | | | | SOURCE |
| ADDRESS 7140 N BROADWAY | | | | SIDE OF TRUCK |
| | | | x | PAPERS |
| | | | | DRIVER |
| | | | | LOG BOOK |
| CITY<br>SAINT LOUIS, MO | STATE | ZIP<br>63147 | GVWR 80000 | |
| ID Number: | | | ICCMC None | |
| USDOT 561075 | | State Name MO | | |
| OR State No. | | | | |
| HAZARDOUS MATERIALS | 1 DIGIT | Name | PLACARDED? No | |
| IF YES: 4 DIGITS | | | | |
| HAZARDOUS CARGO RELEASED FROM TRUCK? | | | | N |
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | | | | N |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | | | | N |
| INSPECTION FROM COMPLETED? | | | | |
| HAZMAT N | | OUT OF SERVICE? | N | FORM NO. |
| MCS N | | OUT OF SERVICE? | N | 1480996 |
| IDOT PERMIT# | | WideLoad N | | |
| TRAILER WIDTH(S) | | TRAILER LENGTH(S) | | Vehicle Length 75 |
| TRAILER 1 97-102" | | TRAILER 1 53 | | Total - Ft |
| TRAILER 2 | | TRAILER 2 | | No Of Axles 5 |
| Vehicle Configuration 6 | | Cargo Body Type 2 | | LoadType 5 |

| COMMERCIAL VEHICLE | | Unit 2 | | |
|---|---|---|---|---|
| CARRIER NAME | | | | SOURCE |
| ADDRESS | | | | SIDE OF TRUCK |
| | | | | PAPERS |
| | | | | DRIVER |
| | | | | LOG BOOK |
| CITY | STATE | ZIP | GVWR | |
| ID Number: | | | ICCMC None | |
| USDOT | | State Name | | |
| OR State No. | | | | |
| HAZARDOUS MATERIALS | 1 DIGIT | Name | PLACARDED? | |
| IF YES: 4 DIGITS | | | | |
| HAZARDOUS CARGO RELEASED FROM TRUCK? | | | | |
| VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH? | | | | |
| VIOLATION OF MCS REGS CONTRIBUTE TO CRASH? | | | | |
| INSPECTION FROM COMPLETED? | | | | |
| HAZMAT | | OUT OF SERVICE? | | FORM NO. |
| MCS | | OUT OF SERVICE? | | |
| IDOT PERMIT# | | WideLoad | | |
| TRAILER WIDTH(S) | | TRAILER LENGTH(S) | | Vehicle Length |
| TRAILER 1 | | TRAILER 1 | | Total - Ft |
| TRAILER 2 | | TRAILER 2 | | No Of Axles |

**NARRATIVE** (Refer to vehicle by Unit No.)

Units 1 and 2 were traveling I-55 southbound .28 miles north of Milepost 29. Unit 1 was traveling in lane 2 and Unit 2 was traveling in lane 1 in the process of passing Unit 1. Unit 1 began to change lanes, when Unit 1 sideswiped Unit 2. Due to the impact, Unit 2 lost control and entered the center grassy median. Driver of Unit 1 was issued a citation for improper lane usage.

LOCAL USE ONLY  Nothing

U1 Towed By/To: /

U2 Towed By/To: Cross Auto Body / Cross Auto Body

U1 Color: White

U2 Color: Green

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE KANCEWICK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| STANFORD HOWARD and ARTHUR MILLS, INC., | ) ) ) |
| Defendants. | ) ) ) |

### AFFIDAVIT OF COREY FERTEL

1.  My name is Corey Fertel. I am an investigator with United Processing, Inc., license number 117-001101.

2.  I am an adult over the age of twenty-one (21) years of age.

3.  If I were in Court, I would testify to the following as true and accurate.

4.  On December 20, 2007, I performed a search and locate report for the domicile of the plaintiff Christine Kancewick.

5.  The findings of my investigation are disclosed in the locate report dated December 20, 2007, attached hereto.

6.  Under penalties as provided by law, I certify that the statements set forth in the locate report that I prepared on December 20, 2007, attached hereto, are true and correct, except as to matters therein stated to be on information and belief and as to such matters that I certify as aforesaid that I verily believe that same to be true.

FURTHER AFFIANT SAYETH NOT.

_____
Corey Fertel of United Processing, Inc.



EXHIBIT D

## CERTIFICATION

In accordance with Section 1-109 of the Illinois Code of Civil Procedure, the foregoing is true and accurate based on my personal knowledge.

_____
Corey Fertel of United Processing, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTINE KANCEWICK, )
      Plaintiff, )
       )
vs. )
       )
STANFORD HOWARD and ARTHUR )
WELLS, INC., )
       )
      Defendants. )
       )
       )

## AFFIDAVIT OF JAMIE TURNIPSEED ON BEHALF OF ARTHUR WELLS, INC.

1. My name is Jamie Turnipseed. I am the Director of Safety at Arthur Wells, Inc., with knowledge regarding the corporate structure of Arthur Wells, Inc., a named Defendant in the above-captioned matter.

2. I am an adult over the age of twenty-one (21) years of age.

3. If I were in Court, I would testify to the following as true and accurate.

4. As of October 19, 2005, and at the time this Complaint was filed, Arthur Wells, Inc. did not own any property within the state of Illinois. It is not incorporated within the state of Illinois. It does not have its principal state of business within the state of Illinois. It is not a corporate citizen, resident of, or domiciled within the state of Illinois.

5. As of October 19, 2005, as well as at all relevant times, including the current time, Arthur Wells, Inc. has had its principal place of business in St. Louis, Missouri. It is incorporated within the state of Missouri. It is a corporate citizen and domiciled within the state of Missouri.

FURTHER AFFIANT SAYETH NOT.

*Jamie Turnipseed* (signature)
Jamie Turnipseed on behalf of Arthur Wells, Inc.


EXHIBIT E

## CERTIFICATION

In accordance with Section 1-109 of the Illinois Code of Civil Procedure, the foregoing is true and accurate based on my personal knowledge.

*[signature]*

Jamie Turnipseed on behalf of Arthur Wells, Inc.