FILED
JANUARY 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-00229    Document 2    Filed 01/10/2008    Page 1 of 1

08 C 229

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff(s):** CHRISTINE KANCEWICK | **Defendant(s):** ARTHUR WELLS, INC. |
| County of Residence: **Cook** | County of Residence: **Cook** |
| Plaintiff's Atty: Gerard A. Facchini<br>Law Offices of Gerard A. Facchini<br>Two North LaSalle Street<br>Suite 1802<br>Chicago, Illinois 60602<br>312/750-9888 | Defendant's Atty: Shimon B. Kahan<br>Haynes, Studnicka, Kahan,<br>O'Neill & Miller, LLC<br>208 S. LaSalle, Ste. 1154<br>Chicago, IL 60604<br>312-332-6644 |

**II. Basis of Jurisdiction:**   4. Diversity (complete item III)

**III. Citizenship of Principal Parties** (Diversity Cases Only)
   Plaintiff:- 1 Citizen of This State
   Defendant:- 4 IL corp or Principal place of Bus. in IL

**IV. Origin:**   2. Removed From State Court

**V. Nature of Suit:**   360 Other Personal Injury

**VI. Cause of Action:**   Removed to this Court pursuant to 28 USC Section 1441 with diversity jurisdiction under 28 USC Section 1332

**VII. Requested in Complaint**
   Class Action:
   Dollar Demand: **Greater than $75,000**
   Jury Demand: **Yes**

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

Signature:   /s/ Shimon B. Kahan

Date:   January 10, 2008

Revised: 06/28/00

**JUDGE GRADY**
**MAGISTRATE JUDGE VALDEZ**