**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 2008 CV 229
CHRISTINE KANCEWICK, plaintiff,
v.
STANFORD HOWARD and ARTHUR WELLS, INC.,
defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Christine Kancewick, plaintiff

| | |
|---|---|
| NAME (Type or print) <br> John T. Benz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ *[signature]* | |
| FIRM <br> Law Offices of John T. Benz | |
| STREET ADDRESS <br> 16061 South 94th Avenue | |
| CITY/STATE/ZIP <br> Orland Hills, IL 60487 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6202322 | TELEPHONE NUMBER <br> (708) 403-8800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

PDF created with pdfFactory trial version www.pdffactory.com