IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE KANCEWICK, | ) |
| Plaintiff, | ) |
| v. | ) 2008 CV 229 |
| ARTHUR WELLS, INC. and | ) Judge Grady |
| STANFORD HOWARD, | ) Magistrate Judge Valdez |
| Defendants. | ) |

### NOTICE OF MOTION

Please take notice that on February 13, 2008, at 11:00 a.m. or as soon as I can be heard, I will appear before the Honorable John F. Grady in Courtroom 2201, 219 South Dearborn, Chicago, Illinois 60604, and then and there present plaintiff's Motion To Remand, a copy of which is hereby served upon you.

By: _____
One of the Attorneys for Plaintiff

JOHN T. BENZ
LAW OFFICES OF JOHN T. BENZ
16061 SOUTH 94TH AVENUE
ORLAND HILLS, ILLINOIS 60487
(708) 403-8800
FAX: (708) 403-8193
ARDC No. 6202322

PDF created with pdfFactory trial version www.pdffactory.com