IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIFTH DISTRICT

| | | |
|---|---|---|
| CHRISTINE KANCEWICK, | ) | |
| Plaintiff, | ) | 07 M 52081 |
| v. | ) No. | |
| ARTHUR WELLS, INC. and STANFORD HOWARD, | ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiff Christine Kancewick, by her attorney, John T. Benz, states her claim against defendants Arthur Wells, Inc. and Stanford Howard as follows:

### (NEGLIGENCE)

1. On or about October 19, 2005, plaintiff Christine Kancewick was operating a motor vehicle southbound on I-55 near MP 29 at or near Hamel, Illinois.

2. On or about October 19, 2005, defendant Stanford Howard was operating a motor vehicle southbound on I-55 near MP 29 at or near Hamel, Illinois. At that time, defendant Stanford Howard was acting as an employee and/or agent of defendant Arthur Wells, Inc.

3. As plaintiff Christine Kancewick drove southbound on I-55, her motor vehicle was struck by the motor vehicle operated by defendant Stanford Howard.

4. At all relevant times, defendants Arthur Wells, Inc. and Stanford Howard owed members of the general public, including Christine Kancewick, a duty to operate

Exhibit 1

PDF created with pdfFactory trial version www.pdffactory.com

their motor vehicle in a safe and reasonable manner.

5. In violation of that duty, defendants Arthur Wells, Inc. and Stanford Howard were careless and negligent in one or more of the following respects:

    a) failed to yield the right of way;

    b) failed to keep a proper lookout;

    c) failed to reduce speed to avoid an accident;

    d) improperly changed lanes;

    e) operated vehicle in an unsafe manner;

    f) were otherwise careless and negligent.

6. As a direct and proximate result of the defendants' negligent acts and omissions, plaintiff Christine Kancewick has suffered severe and permanent injuries of a personal and pecuniary nature.

WHEREFORE, plaintiff Christine Kancewick requests the Court to enter judgment in her favor and against defendants Arthur Wells, Inc. and Stanford Howard in an amount not to exceed $50,000.00 and for such other relief as the court deems just and proper.

By: _____
    One of the Attorneys for Plaintiff

JOHN T. BENZ
LAW OFFICES OF JOHN T. BENZ
16061 SOUTH 94TH AVENUE
ORLAND HILLS, ILLINOIS 60487
(708) 403-8800
FAX: (708) 403-8193
ATTORNEY NO.: 36264

PDF created with pdfFactory trial version www.pdffactory.com