2120 - Served    2220 - Not Served    2620 - Sec. of State
2121 - Alias Served    2221 - Alias Not Served    2621 - Alias Sec. of State
Summons (This form replaces CCM 0646, CCM1 0646, CCM1 0651, CCMD 0648, and CCMD 0649-1 thru 6)    CCM N649-60M-9/15/06 (                    )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### Fifth MUNICIPAL DISTRICT

**07 M5 2081**

Name All Parties

Christine Kancewick
                                                    Plaintiff(s)
v.

Arthur Wells, Inc. and Stanford Howard
                                                    Defendant(s)

Arthur Wells Inc., 7140 N Broadway, St Louis, MO 63147
                        Address of Defendant(s)

Case No. _____
Amount Claimed: $ 50,000
Appearance Filing/Return Date: NOV 2 0 2007
Status Date: JAN 2 3 2008
Trial Date: _____
Time: 9:30 am    Room: 205

## SUMMONS

To each Defendant:

YOU ARE SUMMONED and required:

1. To file your written appearance by yourself or your attorney and pay the required fee in:

☐ District 1: Richard J. Daley Center; 50 West Washington, Room 602; Chicago, IL 60602
☐ District 2: 5600 Old Orchard Rd., Rm 136; Skokie, IL 60077    ☒ District 5: 10220 S. 76th Ave., Rm 121; Bridgeview, IL 60455
☐ District 4: 1500 Maybrook Dr., Rm 236; Maywood, IL 60153

on NOV 2 0 2007 _____, between the hours of 8:30 a.m. and 2:30 p.m.;

☐ District 3: 2121 Euclid, Rm 121; Rolling Meadows, IL 60008    ☐ District 6: 16501 S. Kedzie Pkwy., Rm 119; Markham, IL 60428

on _____, before 9:00 a.m.

2. File your answer to the complaint before 9:00 a.m. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on the reverse side.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day for appearance.

THERE WILL BE A FEE TO FILE YOUR APPEARANCE. SEE FEES ON THE REVERSE SIDE OF THIS FORM.

Atty. No.: 36264
Name: John T. Benz
Atty. for: Plaintiff
Address: 16061 South 94th Avenue
City/State/Zip: Orland Hills, IL 60487
Telephone: (708) 403-8800

WITNESS, _____

DOROTHY BROWN, Circuit Court Clerk

Date of Service: _____
(To be inserted by officer on copy left with defendant or other person)

SEE REVERSE SIDE

* Service by Facsimile Transmission will be accepted at: (708) 403-8193
                                                        (Area Code)    (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
ORIGINAL COURT FILE

EXHIBIT Z

PDF created with pdfFactory trial version www.pdffactory.com