2101 sbk.avs

Case 1:08-cv-00229   Document 11   Filed 02/11/2008   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE KANCEWICK, )<br><br>Plaintiff, )<br><br>vs. )<br><br>STANFORD HOWARD and )<br>ARTHUR WELLS, INC., )<br><br>Defendants. ) | 2008 CV 229<br><br>Judge Grady<br><br>Magistrate Judge Valdez |

## NOTICE OF FILING

To:   John T. Benz
      Law Offices of John T. Benz
      16061 S. 94th Ave.
      Orland Hills, IL 60487

YOU ARE HEREBY NOTIFIED that on February 11, 2008, there was to be filed with the United States District Court for the Northern District of Illinois, located at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, ***Defendants' Response to Plaintiff's Motion to Remand***, a copy of which is attached hereto and served upon you.

Shimon B. Kahan - ARDC No. 6207172
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorney for Defendant
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
skahan@hskolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Law Offices of John T. Benz and also hereby certify I sent via U. S. Mail at 200 West Adams St., Chicago, Illinois on February 11, 2008, with proper postage prepaid.

/s/ Shimon B. Kahan
Shimon B. Kahan - ARDC No. 6207172