2101 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE KANCEWICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 2008 CV 229 |
| | ) |
| STANFORD HOWARD and | ) Judge Grady |
| ARTHUR WELLS, INC., | ) |
| | ) Magistrate Judge Valdez |
| Defendants. | ) |

**NOTICE OF MOTION**

To: John T. Benz
   Law Offices of John T. Benz
   16061 S. 94th Ave.
   Orland Hills, IL 60487

On **Wednesday, March 5 2008 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Grady or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 2201 of the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and shall then and there present **Defendant's Motion For A Qualified Protective Order Pursuant to HIPAA**, a copy of which is attached hereto.

Shimon B. Kahan - ARDC No. 6207172
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorney for Defendant
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
skahan@hskolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Law Offices of John T. Benz and also hereby certify I sent via U. S. Mail at 200 West Adams St., Chicago, Illinois on February 19, 2008, with proper postage prepaid.

/s/ Shimon B. Kahan
Shimon B. Kahan - ARDC No. 6207172

2