Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 229 | DATE | 3/5/2008 |
| CASE TITLE | Kancewick vs. Stanford Howard, et al. | | |

**DOCKET ENTRY TEXT**

Motion for a qualified protective order pursuant to HIPPA is granted. Enter order.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | JD |
|---|---|---|