AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CHRISTINE KANCEWICK

V.

ARTHUR WELLS, INC., and STANFORD HOWARD

CASE NUMBER: 2008 CV 229

ASSIGNED JUDGE: Grady

DESIGNATED MAGISTRATE JUDGE: Valdez

TO: (Name and address of Defendant)

Stanford Howard
9866 Nolte
St. Louis, MO 63136

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John T. Benz
16061 South 94th Avenue
Orland Hills, IL 60487
(708) 403-8800
FAX (708) 403-8193

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: MAR - 4 2008

PDF created with pdfFactory trial version www.pdffactory.com

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/10/08 |
| NAME OF SERVER (PRINT) Tim Armiero | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service Through Secretary of State

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-10-08        X _____
                Date              Signature of Server

134 N LaSalle 1320 Chgo 60602
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

PDF created with pdfFactory trial version www.pdffactory.com