AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

CHRISTINE KANCEWICK

|  |  |
|---|---|
| CASE NUMBER: | 2008 CV 229 |

V.

ARTHUR WELLS, INC., and STANFORD HOWARD

| | |
|---|---|
| ASSIGNED JUDGE: | Grady |
| DESIGNATED MAGISTRATE JUDGE: | Valdez |

TO: (Name and address of Defendant)

Stanford Howard
9866 Nolte
St. Louis, MO 63136

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John T. Benz
16061 South 94th Avenue
Orland Hills, IL 60487
(708) 403-8800
FAX (708) 403-8193

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAR - 4 2008

DATE

PDF created with pdfFactory trial version www.pdffactory.com

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/10/08 |
| NAME OF SERVER (PRINT)  Jim Aramino | TITLE  Law Clerk |

Check one box below to indicate appropriate method of service

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify):  Service Through Secretary of State

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___3-10-08___      X _____
                Date                  Signature of Server

                134 N LaSalle 1320 Chico 60602
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

PDF created with pdfFactory trial version www.pdffactory.com