2101 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE KANCEWICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2008 CV 229 |
| ) | |
| STANFORD HOWARD and ) | Judge Grady |
| ARTHUR WELLS, INC., ) | |
| ) | Magistrate Judge Valdez |
| Defendants. ) | |

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AT LAW

The Defendant, STANFORD HOWARD, by its attorneys, HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC, and in Answer to Plaintiff's Complaint at Law, states as follows:

### (NEGLIGENCE)

1. On or about October 9, 2005, plaintiff Christine Kancewick was operating a motor vehicle southbound on I-55 near MP 29 at or near Hamel, Illinois.

**ANSWER:** Defendant lacks sufficient information to either admit or deny the allegations contained in Paragraph 1, and therefore denies same.

2. On or about October 19, 2005, defendant Stanford Howard was operating a motor vehicle southbound on I-55 near MP 29 at or near Hamel, Illinois. At that time, defendant Stanford Howard was acting as an employee and/or agent of defendant Arthur Wells, Inc.

**ANSWER:** Defendant admits the allegations contained in Paragraph 2.

3.  As plaintiff Christine Kancewick drove southbound on I-55, her motor vehicle was struck by the motor vehicle operated by defendant Stanford Howard.

**ANSWER:** Defendant admits that contact occurred between the vehicles driven by plaintiff Christine Kancewick and defendant Stanford Howard, but denies any negligence in association with said contact and further denies all remaining allegations contained in Paragraph 3.

4.  At all relevant times, defendants Arthur Wells, Inc. and Stanford Howard owed members of the general public, including Christine Kancewick, a duty to operate their motor vehicle in a safe and reasonable manner.

**ANSWER:** Defendant admits to only those duties imposed by law, and denies any and all remaining allegations contained in Paragraph 4.

5.  In violation of that duty, defendant Arthur Wells, Inc. and Stanford Howard were careless and negligent in one or more of the following respects:

    (a) failed to yield the right of way;

    (b) failed to keep a proper lookout;

    (c) failed to reduce speed to avoid an accident;

    (d) improperly changed lanes;

    (e) operated vehicle in an unsafe manner;

    (f) were otherwise careless and negligent.

**ANSWER:** Defendant denies the allegations of Paragraph 5, including subparagraphs (a) through (f), inclusive.

6.  As a direct and proximate result of the defendants' negligent acts and omissions, plaintiff Christine Kancewick has suffered severe and permanent injuries of a personal and pecuniary nature.

**ANSWER:** Defendant denies the allegations contained in Paragraph 6.

2

WHEREFORE, Defendant, STANFORD HOWARD, requests the Court to enter judgment in its favor and against Plaintiff Christine Kancewick and any other additional relief as the Court deems just and proper.

Respectfully submitted,

HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC

/s/ Shimon B. Kahan
Shimon B. Kahan - ARDC No. 6207172
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorney for Defendant
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
skahan@hskolaw.com

**VERIFICATION**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

/s/ Shimon B. Kahan
Shimon B. Kahan - ARDC No. 6207172
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorney for Defendant
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
skahan@hskolaw.com