2101 sbk.avs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE KANCEWICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 2008 CV 229 |
| vs. | ) |
| | ) Judge Grady |
| STANFORD HOWARD and | ) |
| ARTHUR WELLS, INC., | ) Magistrate Judge Valdez |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING**

To:  John T. Benz
    Law Offices of John T. Benz
    16061 S. 94th Ave.
    Orland Hills, IL 60487

YOU ARE HEREBY NOTIFIED that on March 31, 2008, there was to be filed with the United States District Court for the Northern District of Illinois, located at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, Defendant Stanford Howard's *Appearance* and *Answer to Complaint at Law*, a copy of which is attached hereto and served upon you.

Shimon B. Kahan - ARDC No. 6207172
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorney for Defendant
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
skahan@hskolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Law Offices of John T. Benz and also hereby certify I sent via U. S. Mail at 200 West Adams St., Chicago, Illinois on March 31, 2008, with proper postage prepaid.

/s/ Shimon B. Kahan
Shimon B. Kahan - ARDC No. 6207172