# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 229 | **DATE** | April 3, 2008 |
| **CASE TITLE** | Kancewick v. Stanford Howard, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for remand is denied.  ENTER MEMORANDUM OPINION.

_____ [ For further details see text below.]   Docketing to mail notices.

:00

**STATEMENT**