# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 229 | **DATE** | April 15, 2008 |
| **CASE TITLE** | Kancewick v. Stanford Howard, et al. | | |

**DOCKET ENTRY TEXT**

Our memorandum opinion of April 3, 2008 is hereby amended as follows. The statement on page 3 that the removing litigant must show a "reasonable probability" that the stakes exceed the minimum is amended to state that the removing litigant must show by a "preponderance of the evidence" that the stakes exceed the minimum. The subsequent reference to "reasonable probability" on page 7 is also amended to refer to a "preponderance of the evidence." This amendment is in accord with the Seventh Circuit's opinion in <u>Meridian Security Insurance Co. v. Sadowski</u>, 441 F.3d 536, 543 (7th Cir. 2006).

_____ [ For further details see text below.]                                                Docketing to mail notices.

:00

**STATEMENT**