2101. sbk          LAM:cmd

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTINE KANCEWICK,                    )
                                        )
            Plaintiff,                  )
                                        )
      vs.                               )          No. 2008 CV 229
                                        )
STANFORD HOWARD and                     )
ARTHUR WELLS, INC.,                     )
                                        )
            Defendants.                 )
                                        )

## NOTICE OF FILING

To:   John T. Benz
      Law Offices of John T. Benz
      16061 S. 94th Ave.
      Orland Hills, IL 60487

      YOU ARE HEREBY NOTIFIED that on **June 10, 2008**, there was to be filed with the
United States District Court for the Northern District of Illinois, located at the Dirksen Federal
Building, 219 S. Dearborn Street, Chicago, Illinois, **Appearance for Defendants filed by Laura
A. Miller**, a copy of which is attached hereto and served upon you.

HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorney for Defendants
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
lmiller@hskolaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk
of the Court using the CM/ECF system which will send notification of such filing to the Law
Offices of John T. Benz and also hereby certify I sent via U.S. Mail at 200 West Adams St.,
Chicago, Illinois on June 10, 2008, with proper postage prepaid.

                                        _____
                                        /s/ Laura A. Miller